```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 09664
    TANNA HENDRICKS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-4079


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/29/2007 and was not confirmed.

     The case was dismissed without confirmation 07/18/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED        548.47          .00           .00
ASSET ACCEPTANCE LLC       UNSECURED       1334.66          .00           .00
RJM AQUISITIONS FUNDING    UNSECURED         49.63          .00           .00
ROUNDUP FUNDING LLC        UNSECURED        222.61          .00           .00
PRO SE DEBTOR              DEBTOR ATTY        .00                         .00
TOM VAUGHN                 TRUSTEE                                        .00
DEBTOR REFUND              REFUND                                         .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                       -----------         -----------
TOTALS                     .00                      .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 10/22/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE